

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00217-CV

---

SCOTT A. MADEWELL, APPELLANT

V.

SANDRA BREWER, APPELLEE

---

On Appeal from the 261st District Court
Travis County, Texas
Trial Court No. D-1-GN-21-006914, Honorable Madeleine Connor, Presiding

---

October 18, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBOUGH, JJ.

Appellant, Scott A. Madewell, appeals from the trial court's order.[1] Now pending before this Court is Madewell's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Madewell. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam